UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 07 2006

at 2 o'clock and 10 min. P M
SUE BEITIA, CLERK

| | |
|---|---|
| NATIONWIDE MUTAL INSURANCE COMPANY,<br><br>    Plaintiff-counter-defendant - Appellee,<br><br>  V.<br><br>DAVID KERSH,<br><br>    Defendant-counter-claimant - Appellant. | No. 05-16714<br>D.C. No. CV-04-00726-DAE/KSC<br><br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction**.

Filed and entered 11/28/05

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 03 2006

by
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 28 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONWIDE MUTAL INSURANCE COMPANY,  Plaintiff-counter-defendant - Appellee,  v.  DAVID KERSH,  Defendant-counter-claimant - Appellant. | No. 05-16714  D.C. No. CV-04-00726-DAE/KSC District of Hawaii, Honolulu  ORDER |

Before: WALLACE, LEAVY and BERZON, Circuit Judges

Appellee's motion to dismiss this appeal for lack of jurisdiction is granted. *See* 28 U.S.C. § 1447(d); *Kunzi v. Pan American World Airway, Inc.*, 833 F.2d 1291 (9th Cir. 1987) (order remanding for lack of federal jurisdiction is not reviewable). All other pending motions are denied as moot.



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 0 3 2006

by
Deputy Clerk

S:\PROSE\panelords\2005\11.05\November21\05-16714.wpd

INTERNAL USE ONLY: Proceedings include all events.
05-16714 Nationwide Mutual v. Kersh

| | |
|---|---|
| NATIONWIDE MUTAL INSURANCE COMPANY<br>    Plaintiff-counter-defendant - Appellee | John H. Price, Esq<br>808/538-7677<br>[COR LD NTC ret]<br>1070 Pioneer Plaza<br>900 Fort Street Mall<br>Honolulu, HI 96813<br><br>Dennis L. Hearon, Esq.<br>248/213-2900<br>Suite 316<br>[COR LD NTC ret]<br>HOPKINS CURRAN & SMITH PLLC<br>26899 Northwestern Hwy<br>Southfield, MI 48034-8421 |
| v. | |
| DAVID KERSH<br>    Defendant-counter-claimant - Appellant | David Kersh<br>808/943-6200<br>[NTC prs]<br>P.O. Box 75166<br>Honolulu, HI 75166 |