FILED

**NOT FOR PUBLICATION**

JUN 01 2006

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATIONWIDE MUTAL INSURANCE COMPANY,<br><br>    Plaintiff-counter-defendant - Appellee,<br><br>    v.<br><br>DAVID KERSH,<br><br>    Defendant-counter-claimant - Appellant. | No. 05-16714<br><br>D.C. No. CV-04-00726-DAE/KSC<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submitted May 24, 2006[**]

Before: PREGERSON, TALLMAN and CALLAHAN, Circuit Judges.

Upon review of the record and the parties' responses to the March 16, 2006 order to show cause, this court hereby summarily affirms the district court's order

---

    [*]    This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

    [**]    This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

RECEIVED

05-16714

remanding the action for lack of federal subject matter jurisdiction. *See United States v. Hooton*, 693 F.2d 857 (9th Cir. 1982) (per curiam) (summary affirmance appropriate where result is clear from face of record). All pending motions are denied.

**AFFIRMED.**