UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 26 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONWIDE MUTAL INSURANCE COMPANY,<br><br>    Plaintiff-counter-defendant - Appellee,<br><br>    v.<br><br>DAVID KERSH,<br><br>    Defendant-counter-claimant - Appellant. | No. 05-16714<br><br>D.C. No. CV-04-00726-DAE/KSC<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: PREGERSON, TALLMAN and CALLAHAN, Circuit Judges.

Appellant's petition for panel rehearing of this court's June 1, 2006 memorandum disposition summarily affirming the district court's order remanding the action is denied.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied. All other pending motions are denied as moot.

S:\PROSE\panelords\2006\7.06\May recons\sg\05-16714.wpd

05-16714

No motions for reconsideration, rehearing, modification, clarification, stay of the mandate or any other submissions shall be filed or entertained in this closed docket.